IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60617
Summary Calendar
_____

WEI TIAN LUO,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A 73 723 647
- - - - - - - - - - -
June 10, 1998
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Wei Tian Luo petitions for review of the decision of the Board

of Immigration Appeals that dismissed his appeal from the

immigration judge's decision denying his application for asylum and

for a withholding of deportation.  We have reviewed the record and

the briefs and determine that the Board's decision is supported by

substantial evidence.  *See Carbajal-Gonzalez v. INS*, 78 F.3d 194,

197 (5th Cir. 1996).  The petition for review is DENIED.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.